**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Martin RUIZ, Defendant–**
**Appellant.**

**No. 04–11418.**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided July 25, 2005.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jose Martin Ruiz, Beaumont, TX, pro se.

Clinton W. Cook, Law Offices of Clinton W. Cook, Lubbock, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Jose Martin Ruiz has requested leave to with-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

draw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although Ruiz was informed of his right to respond, he has declined to do so. Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.